UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-181-H-1

UNITED STATES OF AMERICA

v.

CHARLES LYNN MURRAY, JR.

ORDER TO SEAL

On motion of the Defendant, Charles Lynn Murray, Jr., and for good cause shown, it is hereby ORDERED that the **[DE 19]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This 1st day of September, 2015.

MALCOLM J. HOWARD
Senior United States District Judge