IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-181-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| CHARLES LYNN MURRAY, JR., | ) |
| Defendant. | ) |

This matter is before the court on defendant's motion to seal docket entries #24 and #25. For good cause shown, docket entries #24 and #25 shall be sealed pending further order of this court.

This 7th day of September 2015.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#34